UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOO JUNG CHO,

            Plaintiff,

    - against -

CINEREACH LTD., et al.,

            Defendants.

19cv513 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The order referring the case to the Magistrate Judge for a report and recommendation on a dispositive motion (Dkt. No. 22) is withdrawn.

SO ORDERED.

Dated:    New York, New York
          February 20, 2020

                                      John G. Koeltl
                            United States District Judge