```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

WOO JUNG CHO,

              Plaintiff,          19-cv-513 (JGK)

    - against -             ORDER

CINEREACH LTD. et al.,

              Defendants.

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are ordered to file a status report by September 21, 2020. If the parties fail to file a report, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    New York, New York
           September 11, 2020      /s/ John G. Koeltl
                                         John G. Koeltl
                               United States District Judge