

| | T 212-897-1981 | 200 Park Avenue, Suite 1700 |
| | F 212-682-0278 | New York, NY 10166 |

September 21, 2020

*This action is discontinued without prejudice.*

*The Clerk is directed to close this case.*

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*So ordered,*
*/s/ J. G. Koeltl*
*U.S.D.J.*
*9/22/20*

Re:   *Cho v. Cinereach Ltd. et al.*, **19-CV-513 (JGK)**

Dear Judge Koeltl:

This firm represents Plaintiff Woo Cho in the above-referenced action. We write in response to the Court's request for a status update, dated September 14, 2020.

Due to the circumstances of the past six months, Plaintiff Cho has not been able to commence arbitration proceedings. Accordingly, Plaintiff supports the Court's decision to dismiss this matter without prejudice.

Respectfully submitted,

/s/ Owen H. Laird

Owen H. Laird

cc:   All Counsel of Record (via ECF)